**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                Plaintiff,

- against -

GROW CARE, INC.,

                Defendant.
-----------------------------------------------------------X

Case No.   1:23-cv-4845-LJL

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Grow Care, Inc.

Dated: Scarsdale, New York
       July 27, 2023

                                          SHAKED LAW GOUP, P.C.
                                          Attorneys for Plaintiff

                                          By: _____
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com